## N. S. ANDERSON ET AL *v.* JOHN GLENN.

**Sales—Failure to Advertise as Required in the Judgment.**
   A failure to advertise land for sale as required by the judgment of sale, is error in that it may prevent competition by reason of the time and place not being known.

**Conveyance to Prefer Creditors—Failure to File Suit in Time.**
   In order that a mortgage, alleged to have been given to prefer creditors, may be attacked, action must be commenced within the time required by 1 v. R. S. page 553 by some creditor.

APPEAL FROM DAVIESS CIRCUIT COURT.

October 9, 1868.

OPINION OF THE COURT BY JUDGE PETERS:

It is shown by the weight of evidence that the sale of the land was not advertised as required in the judgment, and the sum bid for it was not more than one-fourth of its value; the under value at which it was bid off may be accounted for, on the ground that the time and place of the sale were not known, and competition prevented thereby; the court, therefore, correctly set aside the sale on exceptions filed by appellee before the same had been confirmed.

By the mortgage of Travis to Glenn, the latter was invested with the title to the land subject to the lien of Murphy acquired by his attachment. That mortgage was made ten months prior to the appellant's petition, and even if it had been made to prefer Glenn to other creditors, no petition had been filed by a creditor

within the time prescribed by the act of 1856 *1 V. R. S. p. 553,* to bring it within the operation of that statute. Consequently Glenn's right to be indemnified out of the land after Murphy was paid was superior to all other claims. Glenn 'had an interest in the matters in litigation in the action of Murphy vs. Travis, and if not made a party by the plaintiff in that action, he had a right to come in by petition, and if the court had refused to order him to be made a party it would have been an error available for reversal in this court.

Wherefore, the judgment is *affirmed.*

*Sweeney & Stuart,* for appellant.

*Ray & Hardin,* for appellee.